UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JESSICA SECKMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01220 |
| | ) | |
| FAIRFAX COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Fairfax County, by counsel, moves this Court to dismiss the Complaint filed herein against it for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12 (b)(6), which are detailed, with the reasons also set forth, in the accompanying memorandum of points and authorities.

Respectfully submitted,

Fairfax County, Virginia
By Counsel

ELIZABETH D. TEARE
COUNTY ATTORNEY

By: _____/s/_____
Christina M. Hamilton
Virginia Bar Number 97833
Attorney for Fairfax County
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia  22035-0064
(703) 324-2421
(703) 324-2665 fax
Christina.Hamilton@fairfaxcounty.gov
*Counsel for Defendant*

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such electronic filing (NEF) to the Plaintiff's counsels of record listed below.


Thomas J. Curcio, Esq.
700 N. Fairfax Street, Suite 505
Alexandria, VA 22314
Phone: (703) 836-3366
Email: tcurcio@curciolaw.com
*Counsel for Plaintiff*

Pamela Michele Keith, Esq.
Raymond Keith Gordineer, Jr., Esq.
Center Employment Justice (DC-NA)
650 Massachusetts Ave NW, Suite 600
Washington, DC 20001
Phone: (202) 800-0292
Fax: (202) 807-5725
Email: pleadings@centerforemploymentjustice.com
      RayGordineer@centerforemploymentjustice.com
Pro Hac Vice
*Counsels for Plaintiff*


                                          /s/
                                   Christina M. Hamilton