# MOTION HEARING

Date: 10/17/2025　　　　　　　　Judge: Michael S. Nachmanoff
　　　　　　　　　　　　　　　　Reporter: Diane Salters
Start: 9:59 A.M.　　　　　　　　Deputy Clerk: Lynnelle Creek
Finish: 10:34 A.M.

## CIVIL ACTION NUMBER: 1:25-cv-1220

## JESSICA SECKMAN V. COUNTY OF FAIRFAX

___

## APPEARANCE OF COUNSEL

| PLAINTIFF | DEFENDANTS |
|---|---|
| Raymond Gordineer | Christina Hamilton |
| Pamela Keith | |
| Thomas Curcio | |

___

## PROCEEDING

1. Motion to Dismiss for Failure to State Claim by Defendant (Dkt.9)-GRANTED.
   - Plaintiff represents status with regard to EEOC claim.
   - Motion granted without prejudice.

___

( ) Report and Recommendation to Follow
(✓) Order to Follow